# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LARRY R. CONLEY, II,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | NO.  CV-06-254-CI<br><br>**JUDGMENT IN A CIVIL CASE** |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**.  The matter is **REMANDE**D for payment of an immediate award of benefits**.**  Defendant's Motion for Summary Judgment is **DENIED**.

DATED this 16th day of May, 2007.

　　　　　　　　　　　　　　　　　　JAMES R. LARSEN
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk


　　　　　　　　　　　　　　　　　　By:  s/Renea Ferrante
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

cc: all counsel